UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FCA US LLC,

    Plaintiff,

v.

AUSTIN MICHAEL ROBINSON, as the
Personal Representative of the
**ESTATE OF KRISTINA COLANGELO**,
The **ESTATE OF MICHAEL PIAZZA**,
**KAITLYN PIAZZA, DARIN PIAZZA**, and
**JOSHUA PIAZZA**,

    Defendants.

Hon: Stephen J. Murphy III

Case No. 2:22-cv-10273

## DEFENDANT AUSTIN MICHAEL ROBINSON'S MOTION TO SCHEDULE HEARING TO PLACE SETTLEMENT ON THE RECORD

Defendant, Austin Michael Robinson, as the Personal Representative of the Estate of Kristina Colangelo, by and through his attorney, James W. Murray (P48047), moves this Court to Schedule a Hearing to Place Settlement on the Record as follows:

1. Pending before this Court is an Interpleader action filed by Plaintiff FCA US LLC to determine the relative interests of Defendants, Estate of Kristina Colangelo, Estate of Michael J. Piazza, Kaitlyn Piazza, Darin Piazza, and Joshua Piazza in the 401K Account of Michael J. Piazza.

2. Defendant Estate of Kristina Colangelo previously filed a Wrongful Death action against the Defendant Michael J. Piazza f/k/a Estate of Michael J. Piazza in Wayne County Circuit Court No. 2021-006519-NO, which has been resolved with the entry of a Consent Order of Judgment entered on September 29, 2022, in favor of the Estate of Kristina Colangelo against Michael J. Piazza f/k/a Estate of Michael J. Piazza in the amount of $6,001,130.14. A copy of the September 29, 2022, Consent Order of Judgment is attached as **Exhibit A**.

3. The Defendants, in this action, reached a settlement through facilitation by Andrew J. Black (P64606) of their competing claims for the disposition of Michael J. Piazza's 401K Savings Plan.

4. The Court previously entered, on September 6, 2022, a Stipulated Order to Extend Time to Respond to FCA US LLC's Motion for Declaratory Judgment. Defendant, Estate of Kristina Colangelo, respectfully requests this Court not to adjudicate the Motion for Declaratory Judgment to allow the Defendants an opportunity to place their settlement on the record before this Court.

5. Defendant, Estate of Kristina Colangelo, request a hearing to be conducted forthwith to allow the parties to place the terms of their settlement on the record.

Defendant Austin Michael Robinson, on behalf of the Estate of Kristina Colangelo, respectfully requests a hearing date to place the terms of the parties' settlement on the record.

                    Respectfully Submitted

                    **JAMES W. MURRAY, P.L.C.**

By:/s/ James W. Murray
    **JAMES W. MURRAY (P48047)**
    306 NORTH RIDGE ROAD
    POST OFFICE BOX 871255
    CANTON, MICHIGAN 48187
    TELEPHONE: 734.748.4846
    FACSIMILE: 734.495.9505
    JAMESMURRAYUSA@GMAIL.COM

*Attorney for Defendant Austin Michael Robinson*

10/12/2022

## CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the foregoing papers to be served upon counsel of record by electronic court filing and on Kaitlyn Piazza, Joshua Piazza and Darin Piazza by US mail on this 12TH Day of October, 2022.

                                            Respectfully Submitted

                                            **JAMES W. MURRAY, P.L.C.**

                                            By:/s/ James W. Murray
                                                **JAMES W. MURRAY (P48047)**
                                                306 NORTH RIDGE ROAD
                                                POST OFFICE BOX 871255
                                                CANTON, MICHIGAN 48187
                                                TELEPHONE: 734.748.4846
                                                FACSIMILE: 734.495.9505
                                                JAMESMURRAYUSA@GMAIL.COM

                                                *Attorney for Defendant Austin Michael Robinson*

10/12/2022

**Exhibit A**

**Consent Order of Judgment**

Kimberly Clifton 9/29/2022 12:19 PM Cathy M. Garrett WAYNE COUNTY CLERK IN MY OFFICE FILED 21-006519-NO

Wayne County Register of Deeds
2022305122 L: 57896 P: 265
10/11/2022 09:37 AM JDG Total Pages: 3

STATE OF MICHIGAN
IN THE THIRD CIRCUIT COURT FOR THE COUNTY OF WAYNE
CIVIL DIVISION

AUSTIN MICHAEL ROBINSON as the
The Personal Representative of the Estate of
KRISTINA COLANGELO (Deceased),

    Plaintiff,

v.

CASE NO. 21-006519-NO
HON. SHEILA ANN GIBSON

MICHAEL J. PIAZZA (Deceased) f/ka ESTATE OF
MICHAEL J. PIAZZA,
FCA US LLC, a Delaware Limited Liability Company,

    Defendants.

---

JAMES W. MURRAY, P.L.C.
**JAMES W. MURRAY (P48047)**
COUNSEL FOR PLAINTIFF
306 NORTH RIDGE ROAD
POST OFFICE BOX 871255
CANTON, MICHIGAN 48187
TELEPHONE: 734.748.4846
FACSIMILE: 734.495.9505
jamesmurrayusa@gmail.com

DARREN FINDLING LAW FIRM P.C.
**ANDREW J. BLACK (P64606)**
COUNSEL FOR DARREN FINDLING
AS P.R. FOR ESTATE OF PIAZZA
414 WEST FIFTH STREET
ROYAL OAK, MICHIGAN 48067
TELEPHONE: 248.399.3300
andrew@findlinglaw.com

FISHER & PHILLIPS, L.L.P.
**WILLIAM E. ALTMAN (P52788)**
COUNSEL FOR DEFENDANT FCA
31780 TELEGRAPH ROAD, STE 200
BINGHAM FARMS, MICHIGAN 48025
TELEPHONE: 248.433.8710
FACSIMILE: 248.5408059
waltman@fisherphillips.com

---

**CONSENT ORDER OF JUDGMENT IN FAVOR OF PLAINTIFF AUSTIN MICHAEL ROBINSON AGAINST DEFENDANT MICHAEL J. PIAZZA f/k/a ESTATE OF MICHAEL J. PIAZZA**

-1-

STATE OF MICHIGAN
WAYNE COUNTY CIRCUIT COURT
AUSTIN MICHAEL ROBINSON vs MICHAEL J. PIAZZA
CASE NO.: 21-006519-NO
CONSENT ORDER OF JUDGMENT

AT A SESSION OF COURT HELD ON: ___9/29/2022___
HON. SHEILA ANN GIBSON
PRESIDING

The matter is pending before the Court on **Plaintiff's Complaint for Wrongful Death** et al., brought by Plaintiff **AUSTIN MICHAEL ROBINSON** as the duly appointed Personal Representative of the **ESTATE OF KRISTINA COLANGELO** (deceased) represented by **JAMES W. MURRAY (P48047)** against **DEFENDANT MICHAEL J. PIAZZA f/k/a ESTATE OF MICHAEL J. PIAZZA** (deceased) through its duly appointed Personal Representative **DARREN M. FINDLING (P51350)** represented by **ANDREW M. BLACK (P64606)** who stipulate to entry of **CONSENT ORDER OF JUDGMENT** as follows:

The Court finds by stipulation that **MICHAEL J. PIAZZA** intentionally and deliberately caused the wrongful death of **KRISTINA COLANGELO** without legal justification on May 18, 2021 in the State of Michigan, Township of Brownstown, County of Wayne. This Court finds that jurisdiction and venue are proper in the Wayne County Circuit Court. This Court awards a civil damage award in favor of Plaintiff, **AUSTIN MICHAEL ROBINSON**, as Personal Representative of the **ESTATE OF KRISTINA COLANGELO** against Defendant **MICHAEL J. PIAZZA f/k/a ESTATE OF MICHAEL J. PIAZZA** in the principal damages of $6,000,000,00 for wrongful death (Six-Million-United-States-Dollars) together with costs of $175.00 Filing fee; $160.00 Service fee; $20.00 Motion fee; $700.00 Guardian ad litem fee; $35.14 Wayne County Register of Deeds Recording fees; $40.00 Currier fees for a **TOTAL JUDGMENT AMOUNT OF $6,001,130.14** with statutory judgment interest accruing from the date of filing the complaint.

MCR 2.602 (A)(3) This Order resolves the last pending claim between the parties and closes the case.

**IT IS SO ORDERED.**

/s/ Sheila A. Gibson
———————————————
HON. SHEILA ANN GIBSON
CIRCUIT COURT JUDGE

21-006519-NO

No. A 124182   E-314 BK.

**CERTIFIED COPY — "LAW"**

STATE OF MICHIGAN,  } ss.
County of Wayne

I, CATHY M. GARRETT, Clerk of Wayne County, and Clerk of the Circuit Court for the County of Wayne, do hereby certify, that the above and the foregoing is a true and correct copy of _Consent Order of Judgment in favor of Plaintiff Austin Michael Robinson Against Defendant Michael J. Piazza f/k/a Estate of Michael J. Piazza_

entered in the above entitled cause by said Court, as appears of record in my office. That I have compared the same with the original, and it is a true transcript therefrom, and of the whole thereof.

In Testimony Whereof, I have hereunto set my hand and affixed the seal of said Court and County, at Detroit, this day of ___OCT 11 2022___ A.D. 20 ___

CATHY M. GARRETT, Clerk

Fee, $ _12_   _Darlene Covington_ , Deputy Clerk

